UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | | |
|---|---|---|---|
| FRED MESSICK, as sole proprietor of Monteagle Truck Center, | ) ) ) | | |
| Plaintiff, | ) ) | | |
| v. | ) ) | No.: | 1:19-CV-45-KAC-SKL |
| DANIEL RUSKEY, in his individual and Official capacity as Lieutenant with the Tennessee Department of Safety, et al., | ) ) ) ) ) | | *Lead Case Consolidated with* |
| Defendants. | ) ) | | |
| CASSIE KILGORE, as sole proprietor of Rocky Top Wrecker Service, | ) ) ) | | |
| Plaintiff, | ) ) | | |
| v. | ) ) | No.: | 1:19-CV-55-KAC-SKL |
| DANIEL RUSKEY, in his individual capacity as Lieutenant with the Tennessee Department of Safety, et al., | ) ) ) ) ) | | *as Consolidated with* |
| Defendants. | ) ) | | |
| RODNEY KILGORE, as sole proprietor of Monteagle Wrecker Service, et al., | ) ) ) | | |
| Plaintiffs, | ) ) | | |
| v. | ) ) | No.: | 1:19-CV-180-KAC-SKL |
| DANIEL RUSKEY, in his individual capacity as Lieutenant with the Tennessee Department of Safety, et al., | ) ) ) ) ) | | |
| Defendants. | ) | | |

## **JUDGMENT**

Pursuant to the Memorandum Opinion and Order Granting Summary Judgment, these actions are each **DISMISSED**. The Clerk is **DIRECTED** to close each case.

**SO ORDERED**.

s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
 *s/ LeAnna R. Wilson*
 CLERK OF COURT